# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA HIPPELY,<br><br>  Plaintiff,<br><br>v.<br><br>DFC LEGAL SERVICES, LLC d/b/a LEGAL SERVICES OF DENVER, LLC a/k/a RUSSELL W. RICHARDSON, ATTORNEY AT LAW COLLECTIONS DIVISION,<br><br>  Defendant. | Case No. 1:19-cv-01148-DAP<br><br>Hon. Judge Dan Aaron Polster |

## DEFAULT JUDGMENT ORDER

1. Judgment by default is entered in favor of Plaintiff CHRISTINA HIPPELY and against DFC LEGAL SERVICES, LLC d/b/a LEGAL SERVICES OF DENVER, LLC a/k/a RUSSELL W. RICHARDSON, ATTORNEY AT LAW COLLECTIONS DIVISION., as follows:

|   |   |
|---|---|
| a. Statutory Damages | $ 1,000.00 |
| b. Attorney fees | $ 4,650.00 |
| c. Costs | $ 400.00 |

2. Allowing judgement interest to be added per diem.

Dated: _____, 2019

Entered:

/s/ _____